**United States District Court**
Southern District of New York
Office of the Clerk
U.S. Courthouse
300 Quarropas Street, White Plains, N.Y. 10601

```
-------------------------------------X
Young


                                          NOTICE OF REASSIGNMENT


              -V-
                                          1:03 cv 10209 (RJS)


Benjamin Development
-------------------------------------X
```

Pursuant to the memorandum of the Case Processing Assistant the above entitled action is reassigned to the WP calendar of


JUDGE: Richard J. Sullivan

All future documents submitted in this action shall bear the assigned judge's initials after the case number.

The attorney(s) for the plaintiff(s) are requested to serve a copy of the Notice of Reassignment on all defendants.


J. Michael McMahon, CLERK

Dated: 3/24/08

by: _____
    Deputy Clerk


CC: Attorneys of Record


i:forms\assign\reass.wpd
WP REASSIGNMENT FORM

Revised: September 9, 2004

MEMORANDUM

DATE: 3/24/08

TO: UNIT: Case Processing

FROM: MDL UNIT/CASE PROCESSING

SUBJECT: REASSIGNMENT OF A CIVIL CASE

RE: 03 CV 10209    YOUNG -V- BENJAMIN DEVELOPMENT

The above action is reassigned from Judge KARAS to Judge SULLIVAN. The docket clerk receiving this reassignment shall prepare and file an original Notice of Reassignment and send a copy to each attorney of record.

cc: Judge KARAS
    Judge SULLIVAN