UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
                                          ' )NY
                                         " I MENT
                                           ' RONICALLY FILED

                                              4\3\08
```

| | |
|---|---|
| **NELSON YOUNG**<br><br>           **Plaintiff**<br><br>-against-<br><br>**BENJAMIN DEVELOPMENT INC.,**<br>**ET ANO**<br><br>           **Defendants** | Case No. 03 CV 10209 (RJS)<br><br>ORDER |

RICHARD J. SULLIVAN, District Judge:

The above-entitled action has been re-assigned to my docket. Accordingly, the parties are hereby ORDERED to appear for a status conference on **April 11, 2008 at 12:15pm** in Courtroom **21C** of the United States District Court for the Southern District of New York, 500 Pearl Street, NYC.

SO ORDERED.
DATED:
New York, New York _April 2_, 2008

_____
RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE