UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/22/08

NELSON YOUNG,

          Plaintiff,

-v-

BENJAMIN DEVELOPMENT, INC., and ALLERTON ASSOCIATES HOUSING COMPLEX,

          Defendants.

No. 03 Civ. 10209 (RJS)

ORDER

RICHARD J. SULLIVAN, District Judge:

By letter dated May 13, 2008, defendants Benjamin Development, Inc., and Allerton Associates Housing Complex seek an adjournment of the deadline to file their motion for summary judgment until June 9, 2008. Plaintiff consents to the request.

IT IS HEREBY ORDERED that defendants' time to file the summary judgment motion is extended by seventeen days. Plaintiff's time to file opposition to the motion for summary judgment and defendants' time to file their reply brief are extended by the same amount of time. Accordingly,

> Defendants' motion for summary judgment shall be filed no later than June 9, 2008.
>
> Plaintiff's opposition to the motion for summary judgment shall be filed no later than August 11.
>
> Defendants' reply brief shall be filed no later than later than August 25, 2008.

In addition, the telephone number listed for plaintiff on the docket is out of service. Plaintiff is thereby ORDERED to provide the Court with his telephone number at his earliest convenience by mailing his new telephone number to the Pro Se Office of this Court, 500 Pearl Street, Room 230, New York, New York 10007. If plaintiff would like further assistance, he may

contact the Pro Se Office of this Court at telephone (212) 805-0175.

SO ORDERED.

DATED:   May 21, 2008
         New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE

Copies of this order have been mailed to:
Nelson Young
2766 Barnes Avenue
Apt D-8
Bronx, NY 10467

Stuart Weinberger
Goldberg and Weinberger, L.L.P.
630 Third Avenue
New York, NY 10017